UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RECEIVED**

JUL 1 0 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

TERRELL EUGENE DAVIS
plaintiff

   VS

OFFICER LEPIMSKI , et al

CIVILNO :  25-cv-2828-JMB/DJF

NOTICE OF FILING

**PLEASE TAKE NOTICE OF THE FOLLOWING : Three copies of the following: ALL
DOCUMENTS CAN BE SENT TO THE FOLLOWING ADDRESS .**

1.  **NOTICE OF FILING**
2.  **42 U.S.C. Ss 2983**
3.  **Coversheet**
4.  **NO IFP FORM ATTACHED**
5.  **ADDRESS ON ENVELOPE**

**RESPECTFULLY SUBMITTED
TERRELL EUQENE DAVIS**

*6/26/25*

SCANNED

JUL 1 1 2025

U.S. DISTRICT COURT MPLS