TERRELL EUGENE DAVIS
4630 SHERIDAN AVE N.
MINNEAPOLIS MN 55412-1042

Sky Bates

**RECEIVED**

JUL 1 0 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 1 1 2025
U.S. DISTRICT COURT MPLS

Diana E. Murphy
United States Courthouse
300 South Fourth Street- Suite 202
Minneapolis, MN 55415