Align top of FedEx Express® shipping label here.

**FedEx**

Envelope

Recycle

ORIGIN ID:CHIA  (224) 428-6031
TERRELL EUGENE DAVIS

4630 N SHERIDAN AVE

MINNEAPOLIS, MN 55412
UNITED STATES US

TO DIANA E MURPHY
U S COURTHOUSE
300 S 4TH ST
STE 202
MINNEAPOLIS MN 55415

(000) 000-0000        REF:

SHIP DATE: 08JUL25
ACTWGT: 0.90 LB
CAD: 6572167/ROSA2630

DEPT:
PO:

**FedEx**
Express

**E**

THU – 10 JUL 5:00P
** 2DAY **

TRK# 8826 0493 0446
0201

SP GPZA

55415
MN-US MSP

396-1074

RECEIVED

JUL 10 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED

JUL 11 2025

U.S. DISTRICT COURT MPLS